# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Phoeno Wine Company, Inc., *et al*<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10554 (KBO)<br><br>(Jointly Administered)<br><br>**Related D.I. 154** |
| Don A. Beskrone, Chapter 7 Trustee for PHOENO WINE COMPANY, INC., *ET AL*<br><br>Plaintiff,<br><br>v.<br><br>GUIDELINE, INC.<br><br>Defendant. | Adv. Proc. No: 23-50398 (KBO)<br><br>**Related Adv. D.I. 14** |

## ORDER APPROVING SETTLEMENT OF ADVERSARY PROCEEDING PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019

The Court having considered the motion (the "Motion")[1] of the Trustee of the estates of the Debtors, pursuant to Bankruptcy Rule 9019 for approval of settlement of the Claims and the Settlement Agreement attached as **Exhibit A** to the Motion, and the Court finding that the Settlement is fair and reasonable,

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

{01926534;v1 }

1. The Motion is **GRANTED** as set forth herein.

2. The Settlement set forth in the Settlement Agreement attached to the Motion as **Exhibit A** with respect to the Asserted Claims against Guideline is hereby approved in full and final settlement of such Asserted Claims.

3. Notwithstanding entry of this Order and/or the dismissal of this Adversary Proceeding, Guideline and its affiliates shall continue to be enjoined from processing any pending or subsequently submitted requests for withdrawals from the 401(k) Plan without the Trustee's express prior authorization, provided, however, that Guideline and its affiliates are permitted to continue to perform administrative services in accordance with the 401(k) Plan.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: September 11th, 2023
Wilmington, Delaware

*Ka B. O*
**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

{01926534;v1 }